IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ASHLEY DEWANDA BRADLEY
o/b/o K.J.B., a minor child,

    Plaintiff,

v.                                                  Case No. 1:20-cv-118-AW-EMT

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have carefully considered the magistrate judge's Report and Recommendation, ECF No. 19, as well as Plaintiff's objections and Defendant's response, ECF Nos. 20, 21. I have considered de novo the issues raised in Plaintiff's objections.

I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

SO ORDERED on January 27, 2022.

                                              s/ *Allen Winsor*
                                              United States District Judge